IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL BAKER                                                                                  PLAINTIFF
ADC #600691

v.                                  No. 4:24-cv-893-DPM

DEXTOR PAYNE, Chief Deputy Director,
Arkansas Division of Correction;
WILLIAM STRAUGHN, Deputy Assistant
Director, Arkansas Division of Correction;
and MICHAEL RICHARDSON, Deputy
Assistant Warden, Arkansas Division of
Correction                                                                                     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Motion to Dismiss, *Doc. 4*, granted. Fed. R. Civ. P. 41(a). Judgment will issue.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 December 2024