IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL BAKER                                                                                          PLAINTIFF
ADC #600691

v.                                  No. 4:24-cv-893-DPM

DEXTOR PAYNE, Chief Deputy Director,
Arkansas Division of Correction;
WILLIAM STRAUGHN, Deputy Assistant
Director, Arkansas Division of Correction;
and MICHAEL RICHARDSON, Deputy
Assistant Warden, Arkansas Division of
Correction                                                                                          DEFENDANTS

## JUDGMENT

Baker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2024